**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARICOR MARIA GARCHITORENA, an individual, on behalf of herself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>O'GRADY-PEYTON INTERNATIONAL (USA), INC., a Massachusetts Corporation; AMN HEALTHCARE, INC., a Nevada Corporation; and DOES 1 TO 50,<br><br>Defendants. | Case Number: 1:23-CV-01314-JLT-CDB<br><br>**[Proposed] Order Granting Joint Stipulation to Dismiss Class and Individual Claims, and Remand Action to State Court** |

# [PROPOSED] ORDER

After reviewing the Parties' Joint Stipulation to Dismiss Class and Individual Claims, and Remand Action to State Court, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's first through eighth causes of action in the First Amended Complaint, including the individual and class claims therein, are dismissed without prejudice to allow Plaintiff to submit her individual claims, including her individual PAGA claim, to binding arbitration on an individual basis; and

2. This matter is hereby remanded to the Superior Court of the State of California for the County of Kern.

IT IS SO ORDERED.

Dated: **November 21, 2023**

_____
UNITED STATES DISTRICT JUDGE